Attorney-General, Respondent; RUDOLPH J. ZADSKIN, Individually, and Others, Appellants.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

In the Matter of the Transfer Tax upon the Estate of JENNIE WOOLWORTH, Deceased. STATE TAX COMMISSION, Appellant; HELENA W. McCANN and JESSIE W. DONAHUE, as Administrators, etc., of JENNIE WOOLWORTH, Deceased, Respondents.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

LAFAYETTE NATIONAL BANK OF BROOKLYN IN NEW YORK, Respondent, v. THE PEOPLE OF THE STATE OF NEW YORK and Others, Defendants; CENTRAL CHANDELIER COMPANY, Appellant.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

LAWRENCE CLEANERS & DYERS, INC., Respondent, v. ABRAHAM WEISS, Appellant.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

MICHAEL LOUGHLIN, Respondent, v. JOHN S. TWOMEY, JR., Appellant.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

RALPHINA LOWENSTEIN, Respondent, v. LOUIS LOWENSTEIN, Appellant.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

SANTO PANICIA, Appellant, v. RELAY MOTOR TRUCK CORPORATION, Respondent; JOHN DOE, etc., Defendant.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

PHILLEO CORPORATION, Respondent, v. WILLIAM H. SULLIVAN, Appellant. (Action No. 1.) — Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

PHILLEO CORPORATION, Respondent, v. WILLIAM H. SULLIVAN, Appellant. (Action No. 2.) — Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

SYLBROOK BUILDING CORPORATION, Appellant, v. STRONGLAND HOLDING CO., INC., Respondent, and Another, Defendant.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

SYLBROOK BUILDING CORPORATION, Appellant, v. STRONGLAND HOLDING CO., INC., and Others, Defendants; HENRY FRIEDLAND, Respondent.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

SOPHIE M. VERNES, Appellant, v. ROBERT C. VERNES, Respondent. (Appeal No. 2.) — Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

MADELINE A. WILL, Appellant, v. LOUIS A. GALLUCCI and Others, Respondents. (Appeal No. 1.) — Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

MADELINE A. WILL, Appellant, v. LOUIS GALLUCCI and Others, Respondents. (Appeal No. 2.) — Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

WILLIAM WOLCHKEWICH, Respondent, v. TERMINAL CAB CORPORATION, Appel-